UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN R. LEGGETT, | ) |
| Plaintiff, | ) |
| v. | ) 3:12-cv-00161-RCJ-VPC |
| FANNIE MAE et al., | ) **ORDER** |
| Defendants. | ) |

This is a residential foreclosure avoidance case. Pending before the Court are four motions by Defendants. Because Plaintiff has failed to respond to them, the Court variously grants the motions or denies them as moot, as appropriate. *See* Local R. 7-2(d).

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 29) and the Motion to Expunge Lis Pendens (ECF No 44) are GRANTED.

IT IS FURTHER ORDERED that the lis pendens is EXPUNGED.

IT IS FURTHER ORDERED that the Motion for Bond (ECF No. 27) and the Motion for Hearing (ECF No. 42) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 30th day of August, 2013.

_____
ROBERT C. JONES
United States District Judge